**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Marcus Leonard WALLACE, Petitioner**

**No. 674 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**